MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## THIRD DIVISION

### Unclaimed Dividends and/or
### Distributions Less Than $5 For Deposit To Registry Fund

Debtors:    Robert L. Young

Chapter 7

Case No. 09-31814

Please Check One:

_____ Unclaimed Dividends

__X__ Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| American Express Centurion Bank<br>c/o Becket and Lee, LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | 4 | $196.95 | $3.98 |

Date: September 15, 2010

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475

